**ELLER LAW**
CRYSTAL ELLER, ESQ.
Nevada Bar #4978
104 South Jones Blvd.
Las Vegas, Nevada 89107
Telephone No.: (702) 685-6655
Facsimile No.: (702) 804-5090
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA

KARIN VOLZ, an individual
           Plaintiff,

THE KROGER CO., a Foreign Corporation dba SMITH'S #385; SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation dba SMITH'S #385, and DOES I through X, inclusive, and Roe Corporations XI through XX, inclusive

           Defendants.

CASE NO.: 2:20-cv-02056-JAD-DJA

**SUBSTITUTION OF ATTORNEYS**

///

///

-1-

1  KARIN VOLZ, ~~Defendant,~~ *Plaintiff* hereby agrees and consents to the

2  substitution of, TONY SGRO, ESQ., in the place and stead of CRYSTAL ELLER,

3

4  ESQ.

5  DATED this 12/10/2020 day of December 2020.

6

7  *(DocuSigned by: karin Volz, A7F285DA01E14FD...)*

8  KARIN VOLZ

9  TONY SGRO, ESQ., hereby agrees and consents to be substituted in

10  the place and stead of CRYSTAL ELLER, ESQ., as the attorney of record for

11  *Plaintiff* ~~Defendant~~ in the above captioned matter.

12

13  DATED this 15th day of December 2020.

14

15  *(signature)*
   TONY SGRO, ESQ.

16  SGRO & ROGER ATTORNEYS AT LAW
   720 S. 7th #300

17  Las Vegas, NV 89101
   Phone: 702-384-9800

18

19  CRYSTAL ELLER, ESQ., hereby agrees and consents to the substitution of,

20  TONY SGRO, ESQ., in her place and stead of as the attorney of record for

21  *Plaintiff* ~~Defendant~~.

22

23  DATED this 10th day of December 2020.

24

25  **IT IS SO ORDERED.**        *(signature)*
   CRYSTAL ELLER, ESQ.

26  DATED: December 16, 2020     Nevada Bar #4978
                                104 S. Jones Blvd.

27  *(signature)*                Las Vegas, Nevada 89107
                                Phone: 702-685-6655

28  _____
   UNTED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **SUBSTITUTION OF ATTORNEYS** was submitted electronically for filing and/or service with CM/ECF on the ___15th___ day of December, 2020.

I further certify that I served a true and correct copy of the foregoing document as follows:

__XX__ Via electronic service of the foregoing document shall be made in accordance with CM/ECF E-Service List.

_____ By placing a copy of the original in a sealed envelope, first-class postage fully prepaid thereon, and depositing the envelope in the U.S. mail at Las Vegas, Nevada (Bates documents on disk, by U.S. Mail only).

_____ Pursuant to a filed Consent for Service by Facsimile in this matter, by sending the document by facsimile transmission.

_____ Via hand-delivery to the addresses listed below;

_____ By transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

| |
|---|
| Jerry S. Busby, Esq.<br>Cooper Levenson, P.A.<br>3016 W. Charleston Boulevard, #195<br>Las Vegas, NV 89102<br>Tel.: (702) 366-1125<br>*Attorneys for Defendants* |

BY: _____
An Employee of Sgro & Roger