JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard – #195
Las Vegas, NV 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Karin Volz, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE KROGER CO., a Foreign Corporation dba SMITH'S #385; SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation dba SMITH'S #385 DOES I through X, inclusive, and Roe Corporations XI through XX, inclusive<br><br>Defendants. | Case No. 2:20-cv-02056-JAD-DJA |

### SUBSTITUTION OF ATTORNEY

SMITH'S FOOD & DRUG CENTERS, INC., Defendant, hereby substitutes DEE J. GOLIGHTLY, ESQ. of the LAW OFFICES OF FOULGER AND PECK, 7251 West Lake Mead Boulevard, Suite 250, Las Vegas, Nevada 89128; (702) 228-3176, as attorney of record in place and stead of JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A.

DATED: October 29, 2021

_____
VENESSA WICKLINE-GRIBBLE
Duly Authorized Representative of
SMITH'S FOOD & DRUG
CENTERS, INC.

I consent to the above substitution.

DATED: November 1, 2021

_____
JERRY S. BUSBY, ESQ.

CLAC 6626238.1

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: November 1, 2021

_____
DEE J. GOLIGHTLY, ESQ.

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: November 3, 2021

_____
United States Magistrate Judge

CLAC 6626238.1

2