ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 8729
SGRO & ROGER
720 S. 7th Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
jarledge@sgroandroger.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KARIN VOLZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., a Foreign Corporation dba SMITH'S #385; SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation dba SMITH'S #385; DOES I through X, inclusive, and ROE CORPORATIONS XI through XX, inclusive;<br><br>Defendants. | Case No.: 2:20-cv-02056-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTIONS IN LIMINE**<br><br>ECF Nos. 37, 38, 39 |

COME NOW, PLAINTIFF and DEFENDANTS by and through undersigned counsel and hereby stipulate that Plaintiff may have an additional seven (7) days, until May 18, 2023, in which to respond to Defendant's Motions in Limine No. 1 and No. 2.

| | |
|---|---|
| SGRO & ROGER | LAW OFFICES OF FOLGER & PECK |
| /s/ Jennifer Willis Arledge, Esq. | /s/ Jason M. Peck, Esq. |
| JENNIFER WILLIS ARLEDGE, ESQ.<br>Nevada Bar No. 8729<br>720 South 7th Street, 3rd Floor<br>Las Vegas, Nevada 89101 | JASON M. PECK, ESQ<br>Nevada Bar No. 7218<br>P.O. Box 7218<br>London, KY 40742 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Page **1** of **2**

# ORDER

UPON STIPULATION of the parties [ECF No. 39] and for good cause shown, IT IS ORDERED that the plaintiff's deadline to respond to Defendant's Motions in Limine No. 1 and No. 2 [ECF Nos. 37, 38] is extended to May 18, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE
May 10, 2023

Submitted by:

SGRO & ROGER

/s/ Jennifer Willis Arledge
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 8729
720 S. 7th Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*