JASON M. PECK, ESQ.
Nevada Bar No. 10183
LAW OFFICES OF FOULGER & PECK
Mailing Address: P.O. Box 7218
London, KY 40742
Physical Address: 7251 West Lake Mead Blvd, Suite 250
Las Vegas, NV 89128
702-228-3176
866-221-6108 Fax
Email: LVcalendaring@LibertyMutual.com
Attorney for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARIN VOLZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., a Foreign Corporation dba SMITH?S #385; SMITH?S FOOD & DRUG CENTERS, INC., a Foreign Corporation dba SMITH?S #385, and DOES I through X, inclusive, and Roe Corporations XI through XX, inclusive,<br><br>Defendants. | Case No.:   2:20-CV-02056-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 63 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, by and through counsel undersigned, that all Plaintiff's claims against all Defendants be dismissed with prejudice and that the Order be

/ / /

/ / /

/ / /

1

entered accordingly.  Each party to bear their own attorneys' fees and costs.

Dated this 22nd day of September 2023.

| LAW OFFICES OF FOULGER & PECK | SGRO & ROGER |
|---|---|
| /s/ Jason Peck, Esq.<br>By_____<br>JASON PECK, ESQ.<br>Nevada Bar No. 10183<br>P.O. Box 7218<br>London, KY 40742<br>Attorney for Defendant<br>Smith's Food & Drug Centers, Inc. | /s/ Jennifer Willis Arledge, Esq.<br>By _____<br>JENNIFER WILLIS ARLEDGE, ESQ.<br>Nevada Bar No. 8729<br>2901 El Camino Ave., Ste. 204<br>Las Vegas, NV 89102<br>Attorney for Plaintiff<br>Karin Volz |

## ORDER

**Based on the parties' stipulation [ECF No. 63] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.**

_____
**U.S. District Judge Jennifer A. Dorsey**
**Dated: October 5, 2023**